People v Smith (2021 NY Slip Op 50018(U))

[*1]

People v Smith (Rory)

2021 NY Slip Op 50018(U) [70 Misc 3d 134(A)]

Decided on January 15, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 15, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Higgitt, McShan, JJ.

570639/15

The People of the State of New York,
Respondent, 
against
Rory Smith, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (David Stadtmauer, J.H.O.), rendered May 19, 2015, after a nonjury trial, convicting her
of driving while impaired by alcohol, and imposing sentence.

Per Curiam.
Judgment of conviction (David Stadtmauer, J.H.O.), rendered May 19, 2015, affirmed.
The verdict convicting defendant of driving while impaired by alcohol (see Vehicle
and Traffic Law § 1192[1]) was based on legally sufficient evidence, and was not against
the weight of the evidence (see People v Danielson, 9 NY3d 342, 348—349
[2007]). There is no basis to disturb the court's determinations concerning credibility. The
credited police testimony demonstrated that defendant drove without a seatbelt while exhibiting
classic signs of intoxication, including bloodshot and watery eyes, an odor of alcohol on her
breath, and was unbalanced and swaying as she exited her vehicle (see People v Cruz, 48
NY2d 419, 425-427 [1979], appeal dismissed 446 US 901 [1980]). Furthermore, the
Intoxilyzer 5000 test revealed that defendant's blood alcohol level was .06 (see Vehicle
and Traffic Law § 1195[2][b]), and the evidence adduced at trial did not cast any doubt on
the accuracy of this test result. 
Contrary to defendant's assertion, the People were not required to prove that she was driving
erratically (see generally People v
Fiumara, 116 AD3d 421 [2014], lv denied 23 NY3d 1036 [2014]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: January 15, 2021